# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| CA, INC. and AVAGO TECHNOLOGIES INTERNATIONAL SALES PTE. LIMITED,<br>     Plaintiffs,<br>v.<br>NETFLIX, INC.,<br>     Defendant. | NO. 2:21–CV–80–JRG–RSP<br><br>**PATENT CASE**<br><br>**JURY TRIAL DEMANDED** |

**JOINT MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER**

  Plaintiffs CA, Inc. and Avago Technologies International Sales Pte. Limited (collectively, "CA") and Defendant Netflix, Inc. submit this Motion for Entry of Stipulated Protective Order. In the Proposed Stipulated Protective Order submitted herewith, the Parties have reached agreement on all terms, and they jointly request that the Court enter the Stipulated Protective Order.

– 2 –

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| | KEKER, VAN NEST & PETERS LLP |
| /s/ *Richard L. Wynne, Jr.* | By: /s/ *Sharif E. Jacob* |
| Bruce S. Sostek, Attorney-in-Charge<br>  State Bar No. 18855700<br>  bruce.sostek@tklaw.com<br>Richard L. Wynne, Jr.<br>  State Bar No. 24003214<br>  richard.wynne@tklaw.com<br>Adrienne E. Dominguez<br>  State Bar No. 00793630<br>  adrienne.dominguez@tklaw.com<br>Austin Teng<br>  State Bar No. 24093247<br>  austin.teng@tklaw.com<br><br>**THOMPSON & KNIGHT LLP**<br>One Arts Plaza<br>1722 Routh Street, Suite 1500<br>Dallas, Texas 75201<br>214.969.1700<br>214.969.1751 (fax) | ROBERT A. VAN NEST<br>LEO L. LAM<br>MATTHIAS A. KAMBER<br>PAVEN MALHOTRA<br>SHARIF E. JACOB<br>EDWARD A. BAYLEY<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone: 415 391 5400<br>Facsimile: 415 397 7188<br><br>Melissa Smith<br>State Bar No. 24001351<br>GILLAM & SMITH LLP<br>303 S. Washington Avenue<br>Marshall, Texas 75702<br>Telephone: (903) 934-8450<br>melissa@gillamsmithlaw.com<br><br>Attorneys for Defendant NETFLIX, INC. |
| Samuel F. Baxter<br>  State Bar No. 01938000<br>  sbaxter@mckoolsmith.com<br>Jennifer L. Truelove<br>  State Bar No. 24012906<br>  jtruelove@mckoolsmith.com<br><br>**MCKOOL SMITH, P.C.**<br>104 East Houston Street, Suite 300<br>Marshall, Texas 75670<br>903.923.9000<br>903.923.9099 (fax)<br><br>ATTORNEYS FOR PLAINTIFFS CA, INC. and AVAGO TECHNOLOGIES INTERNATIONAL SALES PTE. LIMITED | |

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was filed via the Court's ECF system on August 5, 2021, and therefore served on all counsel of record on that date.

*/s/ Richard L. Wynne, Jr.*
Richard L. Wynne, Jr.

## CERTIFICATE OF CONFERENCE

I hereby certify that counsel for Plaintiffs conferred via email with counsel for Defendant about the relief sought in this Motion. The Motion is being submitted by both Plaintiffs and Defendant.

*/s/ Richard L. Wynne, Jr.*
Richard L. Wynne, Jr.
